E-FILED
Thursday, 08 March, 2007 04:23:15 PM
Clerk, U.S. District Court, ILCD

FILED
MAR - 8 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# United States District Court

__CENTRAL__ DISTRICT OF __ILLINOIS__

UNITED STATES OF AMERICA

v.

Jodi E. Church

**CRIMINAL COMPLAINT**

CASE NUMBER: 07-MJ-6020

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 09, 2006,__ in __Peoria__ County in the __Central__ District of __Illinois__, and elsewhere, the defendant, (Track Statutory Language of Offense)

knowingly persuaded, induced, enticed or coerced someone who has not attained the age of 18 years to engage in any sexual activity, in violation of Title 18, United States Code, Section 2422(b)

I further state that I am a(n) __Special Federal Officer for the Federal Bureau of Investigation__ and that this Complaint is based on the following facts:

See attached Affidavit in support of Complaint which is made a part hereof.

Continued on the attached sheet and made a part hereof:    XX Yes    No

s/ agent
Signature of Complainant
Special Federal Officer James C. Feehan,
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

March 08, 2007                at        Peoria, Illinois
Date                                    City and State

John A. Gorman
United States Magistrate Judge
Name & Title of Judicial Officer

s/ John A. Gorman
Signature of Judicial Officer

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
PEORIA, ILLINOIS

## AFFIDAVIT

I, Special Federal Officer James C. Feehan, being duly sworn on oath state the following:

1. I am a detective with the Peoria Police Department, located in Peoria, Illinois and have been employed there from April 27, 1998 to present. I am also a Special Federal Officer (SFO) through the sponsorship of the Federal Bureau of Investigation (FBI). I am also a member of the United States Attorney's Office Central Illinois Cyber crime Unit (CICU) based in Peoria, Illinois. I have experience enforcing Federal laws, including violations of Title 18, United States Code, Section 2422(b), which makes it a violation for anyone to use the Internet to knowingly persuade, induce, entice or coerce someone who has not attained the age of 18 years to engage in any sexual activity. I have received extensive training in criminal investigations, computer crime investigations, computer forensic exams, identity theft, fraud, and child exploitation investigations. In addition, I am an EnCE certified computer forensic examiner. I have conducted numerous investigations, state and federal, involving computer crimes, identity theft, fraud, and child pornography resulting in arrests and seizures. I have also been involved in the execution of numerous search warrants.

This affidavit is based upon information I have gained from my investigation, my training and experience, as well as information provided by other law enforcement agents involved in this and other computer crime investigations. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation.

This affidavit is submitted in support of a criminal complaint and arrest warrant for JODI ELIZABETH CHURCH for using the Internet to knowingly persuade, induce, entice or coerce someone who has not attained the age of 18 years to engage in any sexual activity in violation of Title 18, United States Code, Section 2422(b).

Section 2422(b) makes it a federal criminal offense for anyone to use the Internet to knowingly persuade, induce, entice or coerce someone who has not attained the age of 18 years to engage in any sexual activity for which that person could be charged with a criminal offense. Pursuant to the Illinois Criminal Code, specifically 720 ILCS 5/12-16(d), a person commits aggravated criminal sexual abuse if that person commits an act of sexual penetration or sexual conduct with a person who was at least 13 years of age but under 17 years of age when the act was committed and the accused was at least five years older than the victim. Pursuant to the Illinois Criminal Code, specifically 720 ILCS 5/12-16(f), a person commits aggravated criminal sexual abuse if that person commits an act of sexual conduct with a person who was at least 13 years of age but under 18 years of age when the act was committed and the accused was 17 years of age or over and held a position of trust, authority or supervision in relation to the victim.

## INVESTIGATION

On February 28, 2007, Peoria School District 150 Human Resource Director Mr. Broderick reported to The State of Illinois Department of Children and Family Services (DCFS) third party information regarding allegations of sexual abuse to Manual High School students by a Manual High School teacher, Jodi Church. DCFS then contacted the Peoria Illinois Police Department regarding those allegations.

Peoria Illinois Police Detective Jennifer Metcalf received the report and conducted an

investigation into the allegations. Metcalf spoke with District 150 administrators and learned that Jodi Church was employed at Manual High School in Peoria, Illinois as a behavioral teacher. She had been employed there for approximately four years.

District 150 administrators also advised Metcalf that they had received complaints about alleged inappropriate sexual contact with students, including a complaint from student, J.C..

J.C. had reported that her boyfriend, D.N., had been engaging in a sexual relationship with his teacher, Jodi Church. The other complaint alleged that E.T. had been sexually solicited by Church sometime in December, 2006.

On March 01, 2007, Metcalf interviewed sixteen year old Manual High School student, E.T.. E.T. reported that on December 09, 2006, while utilizing MySpace.Com, Manual High School teacher Jodi Church attempted to solicit him for sexual intercourse to occur sometime outside of school. E.T. responded that he was not interested. However, Jodi continued to discuss sex with him. E.T. saved the chat conversation and later showed a classmate friend the conversation while at that classmate's residence. This classmate's mother discovered the chat and found it suspicious. For this reason, she saved the chat.

On March 01, 2007, Metcalf interviewed sixteen year old Manual High School student, D.N. regarding the allegations of sexual assault by Church. D.N. confirmed that he had been having a sexual relationship with Church since the summer of 2006. The relationship began after Church offered D.N. a ride home from open gym. During the ride home, Church performed oral sex on D.N. in her vehicle somewhere in Peoria, Illinois.

The sexual relationship between D.N. and Church continued throughout 2006 and into 2007 and included traditional sexual intercourse which occurred at Church's residence located at 5916 North

Tampico Drive, In Peoria, Illinois. D.N. further reported that he had spent the night at Church's residence in 2006 and that he observed a computer in the basement of the residence near where he played an X-Box computer game system.

On March 06, 2007, Michelle Angevine provided Metcalf with a compact disc which contained the chat conversation between Church and E.T.. The chat conversation included Church soliciting and persuading E.T. to engage in sexual activity with her outside of school.

On the evening of March 07, 2007, FBI Special Federal Officer James C. Feehan executed a federal search warrant issued by United States Magistrate Judge John A. Gorman upon the residence of Jodi E. Church at 5916 Tampico Drive, in Peoria, Illinois. During that search warrant execution, two computers were seized. A subsequent initial forensic preview conducted by SFO James C. Feehan on March 08, 2007, indicated the presence of MySpace web pages belonging to the same MySpace user as the MySpace user who had sexually solicited E.T.. The data further indicated access and control of the MySpace user account associated with the instant offense.

Therefore, it is respectfully requested that the criminal complaint and arrest warrant issue authorizing the arrest of JODI ELIZABETH CHURCH.

s/ agent
James C. Feehan
Special Federal Officer
Federal Bureau of Investigation

Subscribed and sworn to before me this 8th day of March, 2007.

s/ John A. Gorman
John A. Gorman
U.S. Magistrate Judge

Page 4 of 4