E-FILED
Thursday, 08 March, 2007  04:05:48 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 07-6020 |
| | ) |
| JODI CHURCH, | ) |
| | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

NOW COME MARK E. WERTZ and JOHN R. PUSEY of VONACHEN, LAWLESS, TRAGER & SLEVIN, and hereby enters his appearance on behalf of the Defendant in regard to the above captioned matter.

JODI CHURCH, Defendant,

_____
MARK E. WERTZ

_____
JOHN R. PUSEY

MARK E. WERTZ
JOHN R. PUSEY
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois 61602
Phone: (309) 676-8986