# United States District Court

CENTRAL DISTRICT OF ILLINOIS

**FILED**
MAR 15 2007
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

vs.

Jodi E. Church,

## WARRANT FOR ARREST

CASE NO. 07-MJ-6020

RECEIVED 2007 MAR -9 P 3:10
US MARSHALS SERVICE
CENTRAL ILLINOIS

TO:   THE UNITED STATES MARSHAL and any
      AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest __Jodi E. Church__, and bring her
                                      Name

forthwith to the nearest magistrate to answer a complaint charging her with, knowingly persuading, inducing, enticing or coercing someone who has not attained the age of 18 years to engage in any sexual activity
in violation of Title __18__ United States Code, Section(s) __2422(b)__

| John A. Gorman | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |

| s/John A. Gorman | March 08, 2007  Peoria, Illinois |
|---|---|
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ __Detention Requested__ by __John A. Gorman, United States Magistrate Judge__
                                              Name of Judicial Officer

### RETURN
This warrant was received and executed with the arrest of the above named defendant at __Peoria__

| Date Received 03/09/07 | Name of Arresting Officer James Feehan | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 03/07/07 | Title of Arresting Officer FBI/SFO | [signature] |