IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

FILED
MAR 2 1 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 07-10042 |
| ) | VIO: Title 18, United States Code, |
| JODI E. CHURCH, ) | Sections 2422(b). |
| ) | |
| Defendant. ) | |

THE GRAND JURY CHARGES:

### INDICTMENT
(Enticement)

On or about December 9, 2006, in the Central District of Illinois, and elsewhere

### JODI E. CHURCH,

the defendant herein, did use a facility and means of interstate commerce, including internet communications, to knowingly persuade, induce, entice, and coerce, and to knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person could have been charged with a criminal offense, including the offenses of Aggravated Criminal Sexual Abuse in violation of Illinois Criminal Statute, Chapter 720, Sections 5/12-16(d) and 16(f).

In violation of Title 18, United States Code, Section 2422(b).

**A TRUE BILL**

/s/ Foreperson
**Foreperson**

s/ Assistant U.S. Attorney

**RODGER A. HEATON**
UNITED STATES ATTORNEY

TAK/ms