# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    Plaintiff | )<br>)<br>)<br>) CASE NO. **07-10042**<br>)<br>)<br>) |
| **Jodi E Church**<br>    Defendant | |

### SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **2:00 P.M.** on **Thursday, May 3, 2007.**

This matter is set for Jury Trial at 9:00 A.M. on **Monday, May 21, 2007.**

at

[ X ] Peoria, Illinois

before the Honorable Joe B. McDade, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 27th day of March, 2007.

s/ John A. Gorman
_____
JOHN A. GORMAN
U.S. MAGISTRATE JUDGE

07-10042 Schedo.wpd