E-FILED
Wednesday, 09 May, 2007 02:28:36 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-10042 |
| ) | |
| JODI CHURCH, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF INSANITY DEFENSE

NOW COMES the Defendant, JODI E. CHURCH, by her attorney, MARK E. WERTZ of VONACHEN, LAWLESS, TRAGER & SLEVIN pursuant to Federal Rules of Criminal Procedure 12.2(a) notifying the government of Defendant's intention to assert a defense of insanity at the time of the alleged offense.

JODI CHURCH, Defendant,

By:   /s/ MARK E. WERTZ

MARK E. WERTZ
ARDC #6186306
Vonachen, Lawless, Trager & Slevin
456 Fulton Street, Suite 425
Peoria, Illinois 61602
Telephone: (309) 676-8986
Facsimile: (309) 676-4130

**Vonachen, Lawless, Trager & Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

**PROOF OF SERVICE**

The undersigned hereby certifies that the foregoing instrument was served on the following named:

Thomas Keith
U.S. Attorney's Office
Peoria, IL

by electronically filing and forwarding copies thereof to the above-named on this 9th day of May, 2007.

/s/ MARK E. WERTZ

MARK E. WERTZ
ARDC #6186306
Vonachen, Lawless, Trager & Slevin
456 Fulton Street, Suite 425
Peoria, Illinois 61602
Telephone: (309) 676-8986
Facsimile: (309) 676-4130

**Vonachen, Lawless, Trager & Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986