E-FILED
Thursday, 10 May, 2007 01:10:58 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

FILED
MAY 10 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) Case No. 07-10042
)
JODI E. CHURCH, )
)
)
Defendant. )

### ORDER FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION

THIS MATTER having come before the Court upon the Defendant's oral Notice of Insanity Defense and Motion for Examination to determine the existence of a significantly reduced mental capacity at the time of the offense pursuant to Rule 12.2 of the Federal Rules of Criminal Procedure;

THE COURT ORDERS pursuant to Title 18 U.S.C. §4242(a) that the defendant be examined by a U.S. Bureau of Prisons doctor in order to be evaluated as to his mental capacity at the time of the offense. Such evaluation shall be conducted pursuant to Title 18 U.S.C. §4247(b).

IT IS FURTHER ORDERED that a psychiatric or psychological report be prepared in accordance with 18 U.S.C. §4247(c) and filed with the Court, with copies to be provided to defense counsel and the Assistant United States Attorney assigned to this case.

Dated: May 10, 2007

s/ Joe B. McDade
JUDGE JOE B. MCDADE
UNITED STATES DISTRICT JUDGE