**E-FILED**
Wednesday, 30 January, 2008  02:26:45 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 07-CR-10042 |
| | ) | |
| JODI CHURCH, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S SENTENCING EXHIBITS

NOW COMES the Defendant, JODI CHURCH, by her attorney, MARK E. WERTZ, submitting the attached exhibits for the Court's consideration at sentencing, pursuant to Federal Rule of Criminal Procedure 32 (i)(1)(C):

| | | |
|---|---|---|
| Exhibit A: | Letter dated January 15, 2008 from Ronald F. Dwyer, Principal of St. Mary's School |
| Exhibit B: | Letter dated November 15, 2007 from Barbara Roecker |
| Exhibit C: | Letter dated November 25, 2007 from David and Rosemary Muchow |
| Exhibit D: | Letter from Linda Meyers (not dated) |
| Exhibit E: | Letter dated January 14, 2008 from Gerald J. Kirchgessner and Julia E. Kirchgessner |
| Exhibit F: | Letter from Ken and Darlene Hoerr (not dated) |
| Exhibit G: | Letter dated January 22, 2008 from Mikie Vonachen Shadid |
| Exhibit H: | Letter dated January 27, 2008 from Jack and Lori Kinney (Jodi Church's Parents) |

JODI CHURCH, Defendant,

By:_____ /s/ MARK E. WERTZ_____
MARK E. WERTZ

**Vonachen, Lawless, Trager & Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

### PROOF OF SERVICE

The undersigned hereby certifies that the foregoing instrument was served on the following named:

Thomas Keith
U.S. Attorney's Office
Peoria, IL

by electronically filing and forwarding copies thereof to the above-named on this 30th day of January, 2008.

<u>        /s/ MARK E. WERTZ        </u>

**Vonachen,
Lawless, Trager
& Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

E-FILED
Wednesday, 30 January, 2008  02:27:22 PM
Clerk, U.S. District Court, ILCD

# St. Mary's Parish School

### 9910 W. Knox Street          Kickapoo, Il. 61528
#### phone: (309)691-3015          fax: (309)691-4540     e-mail: stmarysgs@hotmail.com

*Be it known that*
**Christ**
*Is the reason*
*For this school.*

*He*
*Is the unseen,*
*But ever present*
*Teacher in its*
*Classes.*

*He*
*Is the model*
*Of its faculty*
*And the inspiration*
*Of its student.*

January 15, 2008

Mark Wertz, Attorney
456 Fulton Street
Suite #425
Peoria, Il  61602

Dear Sir:

This letter is written on behalf of your client, Jodie Kenny.  She was a student during the time I was the principal at Peoria Notre Dame High School.  I was the principal for nine years from 1993-2002, at which time we had graduating classes of 225-250 students.

Jodie was a person who left a lasting impression on me.  She was always so positive and had such high goals for herself and life.  I remember her being a member of Teens for Life and a student of good character and great positive enthusiasm.
Please feel free to contact me if you need further information.

Sincerely,

Ronald F. Dwyer, Principal
St. Mary's School

**Pastor:** Fr. Patrick Riordan
**Parish Secretaries:**
Denise Counsil / Mary Hitz
**Principal:** Ronald Dwyer
**School Secretary:**
Cindy Scime



November 15, 2007

To The Honorable Judge Joe Billy McDade:

I work with Berean Prison Ministries as a volunteer in the Tazewell County Justice
Center.  I have known Jodi Church ever since she has been a detainee there.

We hold Bible studies on Wednesday evenings and have a church service on Sunday.
These services are available to the detainees and they can choose whether to come or not.
Jodi, since the very first night she was there, has been coming to both services.  She is an
eager student of the Scriptures and has completed at least two series of Bible studies.  As
she will tell you, her life has been changed since she has been incarcerated.  She had been
raised to know about the Bible but she has never made it the center focus of her life
before.  I believe that she has now trusted Jesus Christ as her Savior and it is her desire to
live for Him the rest of her life.

She has a very positive attitude and tries to help other detainees deal with some of their
problems.  She has a lot of family support and I believe she can be totally rehabilitated.
She has the desire and both the physical and spiritual help she needs to accomplish this.

Thank you for the opportunity to write on her behalf.

*Barbara Roecker*

Barbara Roecker
912 Kay Ct.
Morton, Il 61550
309-263-1397

ALL-STATE LEGAL® DEFENDANT'S EXHIBIT B

November 25, 2007

Hon. Joe Billy McDade
United States District Judge
122 U.S. Courthouse
100 N.E. Monroe Street
Peoria IL 61602

Re: Jodi (Kinney) Church

Dear Judge McDade,

My wife and I have been neighbors and friends of the Kinneys since they moved into our neighborhood nearly 30 years ago. In our opinion, they are loving and caring parents who adopted three children and provided a wonderful environment in which these now young adults could grow.

We remember, well, the day Jack and Lori Kinney brought home their soon to be adopted little girl, Jodi. We have shared many of the milestone events in Jodi's life, from birthdays to grade school, high school and college graduations to her wedding.

Along the way, we watch a strong friendship develop between Jodi and our second oldest daughter, Meg. Meg is approximately 10 years older than Jodi and was somewhat of a mentor to her. Meg, who is a special education teacher, undoubtedly had a great deal of influence on Jodi's pursuing a special education teaching profession.

We have always enjoyed having Jodi around. She has always been courteous, polite, fun, responsible and dependable. She often babysat for our youngest son during his early years.

As members of the Cursillo/TEC community, we watched Jodi become quite active in the TEC movement.

We watched as Jodi and her then husband, Matt, took in two foster children and created an environment in which these children grew and flourished. Jodi and Matt had planned to adopt these children following in the footsteps of her parents.

It is our hope that Jodi will be given an opportunity make reasonable amends for her mistakes, have an opportunity to get the counseling she needs to internally deal with her recent past and be given the opportunity to soon return to the



community of support in which she can once again take her place as a meaningful contributor.

Sincerely,

David A. Muchow                    and          Rosemary A. Muchow


David and Rosemary Muchow
148 E. Southgate Road
Peoria, IL 61614
(309)691-5128

To Whom It May Concern:

My name is Linda Ann Meyers. I have known Jody Church since August 14, 2007. That is the day that I started conducting weekly A.A. meetings for women in the Tazewell County Jail. The meetings were arranged by the jail administration in conjunction with my A.A. group, Pekin Serenity. Jody has attended every one of these weekly meetings. Her eagerness to embrace the philosophy of the twelve step program and grow along spiritual lines is very evident. Jody has admitted that she is an addict and has demonstrated a true desire to eliminate the control that her addictions had over her behavior. Jody has been an advocate for these weekly A.A. meetings at the jail, helping other inmates come to realize that the twelve step program can help alcoholics and addicts of every variety. Her willingness to share her experiences, before and after accepting this simple program, has been influential in bringing other girls to the realization that they too can change with help.

Jody knows that her conduct, a result of yielding to her addictions, is the reason she is incarcerated, and she has accepted that she will have to pay the penalty for her actions. Jody has expressed a sincere regret for what she has done; sharing with me that she has repented and asked God's forgiveness.

Since I have known Jody, I have seen a continual improvement in her demeanor. She is becoming more at peace with herself, growing spiritually stronger. The strength Jody has gained by asking her "Higher Power" for help and the commitment to the philosophy of the A.A. principles has changed her.

Jody has truly repented of her transgressions, and is earnestly trying to reverse the grip that her addictions had on her. The sincerity of her commitment to God and the A.A. program makes this very evident.

I am asking that this information be taken into consideration when the time comes for Jody to be sentenced. I am confident that whatever sentence is imposed on Jody, she will continue on her new path of recovery and spiritual growth.

I pray that a merciful sentence will be given to Jody Church.

Thank You: Sincerely,

*Linda A. Meyers*

Linda Meyers
7803 W. Hideaway Ct.
Mapleton, IL. 61547
Phone: 697-4621



DEFENDANT'S EXHIBIT
ALL-STATE LEGAL®
D

410 W. Melbourne Ave.
Peoria, Il. 61604
January 14, 2008

Mr. Mark Wertz
456 Fulton St.
Suite 425
Twin Towers Plaza
Peoria, Il. 61602

Dear Mr. Wertz,

We are writing this letter in support of Jodi (Kinney) Church, who, we have been told, is a client of yours.

We have known Jodi ever since John and Lori Kinney adopted her. (John and Gerry have been good friends for sixty years). We are Jodi's godparents.

We know that Jodi was welcomed with eager and open arms into a very loving home and was raised in a family with strong Christian values, and educated in parochial schools through grade and high school.  Jodi has always been bright, cheerful, and kind. She  has always wanted to help others and wanted to correct the wrongs she saw in the world.

We think her sincerity in caring is evidenced by her choice of career and the types of students with which she chose to work--those who present a challenge....those who need that special care and help.  And we think that Jodi was probably very good at her job.

Inherently, such a job carries a great deal of responsibility, not to mention some degree of threat to personal safety.  Jodi had additional responsibilities of marriage, of caring for her home, and the huge responsibility (and challenge) of raising two foster children with behavior problems. Perhaps all of  this responsibility became over-whelming to her.

If Jodi has made some wrong decisions in her life, we presume it to be due to the afore-mentioned stresses, and we presume that she is very sorry.  Due to her upbringing and her continued strong family support, we feel that she would be unlikely to repeat any past mistakes that she may have made.

We know that the charges she faces are serious, but we hope that consideration will be given to Jodi's life-long good conduct prior to these accusations, and to the contributions to society that Jodi has already given in her time spent as a teacher and as a foster parent.

Sincerely,
Gerald J. and Julia E. Kirchgessner

*Gerald J. Kirchgessner*

*Julia E. Kirchgessner*

DEFENDANT'S EXHIBIT

E

ALL-STATE LEGAL®

E-FILED
Wednesday, 30 January, 2008 02:27:49 PM
Clerk, U.S. District Court, ILCD

To Whom It May Concern

We have known Jodi Church all our her life. She is our niece. Jodi has always been a loving person. She has been very good with children. We know she has done wrong and is sorry. This has also been a time where she has established a relationship with her Lord. She desires to be a good witness to other inmates. She is not a person who has a criminal record. We know she is a good person with a tender heart.

Sincerly
KEN & DARLENE HOERR
Ken Hoerr
Darlene Hoerr


DEFENDANT'S
EXHIBIT
F

January 22, 2008

Mr. Mark Wertz
Vonachen, Lawless, Trager, Slevin
456 Fulton Street, Suite 425
Peoria, Illinois  61602

Dear Mark:

I am writing this letter on behalf of Jody Kinney Church. This letter is not meant to excuse the crime committed, but to give you an insight into the person I know Jody to have been and I believe still is today.

Jody lived with her parents across the street from our house for over 15 years until she was married. She often babysat for my daughter Lauren as a child, and was one of the few babysitters that Lauren would be totally happy and content with when I left. Jody was always smiling and happy. Nothing in Jody's behavior, demeanor or family life would ever make me suspect this type of behavior unless there were extreme circumstances that pushed her to that point.  Jody comes from a loving, supportive family who will always be there for her. She was and I believe still is a good person to her soul and I would still trust her with my family.  I truly believe it was a totally out of character act on her part and with help, counseling, schooling etc, I believe she will be a true asset to the lives of her friends, family and society.

I know she has acknowledged her wrongdoing and because I could not imagine Jody behaving in this manner, I hope that the sentence imposed will include any help, treatment or counseling she may need.

Respectfully

Mikie Vonachen Shadid
144 E. Southgate Road
Peoria, Illinois 61614

DEFENDANT'S
EXHIBIT

ALL-STATE LEGAL®

January 27, 2008

Mr. Mark Wertz
Vonachen, Lawless, Trager and Slevin
456 Fulton St.
Suite 425
Peoria, Il 61602

Dear Mark,

We are providing this letter in support of our daughter Jodi Kinney Church.

On a beautiful day in late May of 1980, our daughter Jodi was placed into our arms as a beautiful smiling two month old infant by Ruth Hession our adoption case worker with the then Catholic Social Service. She was welcomed that day into our home by neighbors, friends and extended family members. In no time, she captured the hearts of her family, especially her two brothers. By the time she reached puberty, she was big on tradition, always making sure that family and extended family gathered together on a regular basis.

We know Jodi lived through a very unhappy marriage that lowered her self esteem considerably. Our goal when she is back in the community is to make sure she has the counseling she needs and to love and support her. Our support system and hers of family, friends, neighbors, and faith community will be immeasurable to her.

We are a strong Christian family and we believe this will help give her the strength she needs to come out a much stronger person with a purpose in life. We feel that everyone deserves a second chance and with the strong support Jodi has in place, she has the opportunity to lead a fulfilled life and make a positive contribution to society.

Sincerely yours,

Jack and Lori Kinney

