E-FILED
Monday, 04 February, 2008  01:46:00 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| Plaintiff,       ) | |
| vs.       ) | Case No. 07-CR-10042 |
| JODI CHURCH,       ) | |
| Defendant.       ) | |

## MOTION TO SET ASIDE MANDATORY MINIMUM SENTENCING PARAMETER

NOW COMES the Defendant, JODI CHURCH, by her attorneys, MARK E. WERTZ and JOHN R. PUSEY, of Vonanchen, Lawless, Trager and Slevin, pursuant to the Eighth Amendment of the United States Constitution, requesting this Court to set aside the mandatory minimum sentencing parameter of Title 18, Section 2422(b) of the United States Code, and in support thereof, states:

1.  Title 18, Section 2422(b) of the United States Code requires that a mandatory minimum sentence of 10 years imprisonment be imposed on any person who, utilizing interstate commerce, attempts to coerce an individual to engage in sexual activity for which any person can be charged.  Title 18 U.S.C. § 2422 (b).

2.  The Eighth Amendment of the United States Constitution prohibits the infliction of cruel and unusual punishments.

3.  The Eighth Amendment forbids extreme sentences that are grossly disproportionate to the crime.  *See Harmelin v. Michigan,* 501 U.S. 957, 1001 (concurring opinion rendered by Justice Kennedy, with whom Justice O'Conner and Justice Souter join) (1991).

**Vonachen, Lawless, Trager & Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

4.      The 10-year mandatory minimum sentencing parameter imposed on Defendant JODI CHURCH under Title 18, Section 2422(b) of the United States Code is grossly disproportionate to the crime for which she has been charged and entered a plea of guilty.

WHEREFORE, the Defendant JODI CHURCH requests this Court make a finding that the 10-year mandatory minimum sentencing parameter of Title 18, Section 2422(b) of the United States Code is grossly disproportionate to the crime for which she has been charged, and further, that the Court set aside the mandatory minimum sentencing parameter of Title 18, Section 2422(b) of the United States Code as violating the Eighth Amendment of the Constitution of the United States of America.

JODI CHURCH, Defendant,

By:      /s/ MARK E. WERTZ
　　　　MARK E. WERTZ

**PROOF OF SERVICE**

The undersigned hereby certifies that the foregoing instrument was served on the following named:

Thomas Keith
U.S. Attorney's Office
Peoria, IL

by electronically filing and forwarding copies thereof to the above-named on this 4th day of February, 2008.

　　　　/s/ MARK E. WERTZ

**Vonachen, Lawless, Trager & Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986