IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-CR-10042 |
| ) | |
| JODI CHURCH, ) | |
| ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S SUPPLEMENTAL SENTENCING EXHIBIT

NOW COMES the Defendant, JODI CHURCH, by her attorney, MARK E. WERTZ, submitting the attached exhibit for the Court's consideration at sentencing, pursuant to Federal Rule of Criminal Procedure 32 (i)(1)(C):

Exhibit I:    Letter dated January 30, 2008 from John L. Price.

JODI CHURCH, Defendant,


By:_____/s/ MARK E. WERTZ_____
MARK E. WERTZ

**Vonachen, Lawless, Trager & Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

**PROOF OF SERVICE**

The undersigned hereby certifies that the foregoing instrument was served on the following named:

Thomas Keith
U.S. Attorney's Office
Peoria, IL

by electronically filing and forwarding copies thereof to the above-named on this 8th day of February, 2008.

/s/ MARK E. WERTZ

**Vonachen, Lawless, Trager & Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

January 30. 2008

Honorable J. B. McDade
Peoria, Illiinois

Dear Judge McDade,

You will soon have before you my niece, **Jodi Kinney Church**, charged with using the internet to induce a student of hers into sexual activities.

I would like to speak for Jodi and give you my insight of her character as I have seen her grow from infant to young woman.

I now have eight granddaughters ranging from 3 years to 18 years of age. The highest praise I can give Jodi is that I would still trust her as a friend and influencer of all these young people without reservation. She has served as baby sitter, friend and playmate to all of them throughout their lives. I am sure that she will continue that role no matter what her future holds.

Since the incident that she stands accused of, I have observed her attitude. I am impressed that she has not made excuses, blamed others, nor heaped retribution on anyone but herself. In fact, she has spent the time constructively re-examining her behavior and her life.

Jodi and her former husband took two young children into their home as foster children a few years ago. Both children had been severely and obviously damaged by their natural parents' habits and inability to nurture them. Over the years, on visits to Peoria I observed first-hand the steady improvement in self-control and self-esteem that these children were able to build as a result of the loving care they received from Jodi. I was extremely proud of what she was able to achieve for these unfortunate children.

Following her career as a teacher, I developed a clear understanding of the deep interest and commitment she made to the students in her charge. She went far beyond the requirements of a teacher in order to help her students develop and progress in school subjects and personal character.

As you consider Jodi's sentence, all we can ask is that you consider the whole person and the good she has done in other aspects of her life. I am utterly confident you will do no less.

Sincerely,

*[signature: John L. Price]*

John L. Price
1200 Troon Court SE
Grand Rapids, MI, 49546    616-682-1161


DEFENDANT'S EXHIBIT I